LAW OFFICES OF

# HALPERIN & HALPERIN, P.C.

| | |
|---|---|
| DAVID HALPERIN (1934-2010) | 18 EAST 48TH STREET, NEW YORK, N.Y. 10017-1014 |
| --------- | TELEPHONE (212) 935-2600 |
| STEVEN T. HALPERIN | --------- |
| JEFFREY WEISKOPF | FACSIMILE (212) 935-2390 |
| --------- | |
| ALEXANDRA LANGMO | |

April 29, 2021

**Via ECF**
Hon. John P. Cronan, Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   Jennifer Barrios and Luz Mary Barrios v. Miguel
            Bello and Mayalyn Ines Negron
            20-CV-05228(JPC)

Your Honor:

      We are counsel for the plaintiffs Jennifer Barrios and Luz Mary Barrios in the above referenced matter.

      By this letter, the parties respectfully apply for a forty-five (45) day extension of the discovery schedule set forth in this Court's November 18, 2020 Civil Case Management Plan and Scheduling Oder(Document No. 22).  The parties have engaged in discovery since said order, and there remains only the completion of certain depositions and limited expert discovery.  A forty-five (45) day extension of the final discovery deadline set forth in the scheduling order would allow the parties until June 17, 2021 to produce the remaining individuals for deposition, and finalize all remaining expert discovery.  If the Court grants this application, the parties also respectfully request that the May 4, 2021 conference in this action be adjourned to a date after discovery is to be completed.

Letter Hon. John P. Cronan, Judge
April 29, 2021
Page 2

       This is the parties' first application for an extension of time to complete discovery.  This application is made with the consent of counsel for all parties to this action.

                           Respectfully submitted,

                           /s/

                         Jeffrey Weiskopf

cc:  Via ECF
     Michael K. Gertzer, Esq.
     Magda DeMoya Coyle, Esq.
     Susan Duncan, Esq.

The parties' request is granted.  All discovery is to be completed by June 17, 2021.

The Pretrial Conference scheduled for May 4, 2021, at 10:00 a.m. is adjourned to June 23, 2021, at 11:30 a.m.

SO ORDERED.

Date: April 29, 2021
      New York, New York

_____
JOHN P. CRONAN
United States District Judge